DOC NO
REC'D/FILED

2015 AUG -7 AM 10: 23

## ATTACHMENT 1

## COMPLAINT FORM

(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF __WISCONSIN__

(Full name of plaintiff(s))

ALLAN DEAN OWENS

vs

(Full name of defendant(s))

GREGORY BALOW  (Chief Deputie)

JOHN ANDREWS  (Sheriff of Pepin Co)

JOHN SEIFERT  (Distric Attorney)

Case Number:

15 C 489-bbc

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of __Wisconsin__, and is located at
             (State)

Fox Lake Corr Inst P.O. Box 200 Fox Lake WI 53933
                    (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant <u>Gregory Balow, John Andrews & John Seifert</u>
(Name)

is (if a person or private corporation) a citizen of <u>  Wisconsin  </u>
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Pepin Co Sheriff's Dpt. 740 7th Ave West P.O box 39</u>
(Employer's name and address, if known)
Durand WI 54736

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. Defendant Balow works for the Pepin co Sheriff's Dpt In Durand WI

2. Defendant John Seifert works for the Pepin Co Sheriff's Dpt In Durand Wi

3. Defendant John Andrews did work for the Pepin Co Sheriff's Dpt In Durand WI

4. Each Defendant Is Sued Individully and in his Offical Capacity. At all times mentioned in this Complaint each Defendant Acted Under the Color Of State Law...

Attachment One (Complaint) – 2

5. On 6-9-2012 Polly Newman Moved out of my home (see Exhibit A) Mrs. Newman took the Property she wanted on that date, On 6-18-2012 I was Arrested by the Pepin Co Sheriff's Dpt, Defendant Balow & Mrs Newman came to my home and found Erik Affolter along with him was his wife Cassey Affolter and her Dad Brian Mcmahon, These people were in my home without my knowlage, Defendant Balow did not arrest any of these pepole, and my back door was kicked in, Mr & Mrs Affolter was filling their truck with my property or stealing my property, Mr Affolter told Defendant Balow that he was takeing my property for "safe keeping". Mrs. Newman insisted that Mr Affolter return the T.V. Mr. Affolter then left and returned the T.V. to Mrs. Newman Defendant Balow allowed this to happen. This is my Property and No One else's to take. A while later Mr Affolter Told Defendant a differant story Now He is going to send my Property to my MoM down south.

Defendant Balow is a Chief Deputie Of Pepin Co it is his dutie to arrest these people and to secure my property. And not let people i barley know to steal my property.

The same Day Defendant Balow Allowed Mrs. Newman to move Back into my Home without my Consent or Knowlage (Exhibit A & B)
( Exhibit B is a DvD that is in Pepin Co Evidence )

6. On July 5,6,& 8, 2012 I was still in Pepin Co Jail and I called Mrs. Newman on the phone (Exhibit C,D,& B) she talked to me about Mr Affolter stealing my property, Defendant Balow would not allow me to press charges on Mr. Affolter, He would not come to my cell. ( Note that Exhibit C,D&,B are DVD's & In Evidence In Pepin Co)

7. On appox 7-23-2012 I filed a Grievence to try and get charges pressed on Mr. Affolter and Defendant Andrews told me i can not use a Grienvence to press charges, "it is for Jail Complaint's ONLY. ( Exhibit F )

8. On 11-16-2012 I was told that Mrs. Newman was moveing to AZ, and i then decided to give her some things for her and our son ( Exhibit G ) Defendant Balow sent Amanda Howell to my cell to take the property i wanted against my Very Upset Objection, So Mrs Howell Took all my Property to Defendant Balow and gave my Property to Mrs Newman to take as she Liked. I filed a Grievence on 11-20-2012 ( Exhibit H )

9. 12-16-2012 I wrote a Harrassment Greivence on Defendant Balow ( Exhibit I ) Defendant Balow Threatens me he Say's Ill throw away you pictures of your son (my son is 7 yrs old) This is very degradeing and Inhumane Treatment, He is punishing me for Objecting to my rights to my Property...

10. on 12-31-2012 & 1-1-2013 I was under so much Stress that my side hurt so bad it brought tears to my eyes, I was later taken to the Hospital's Emergency Room to have a Ultra Sound, It showed that my Gull Bladder was Blocked and i would need Surgey to see if they could unblock the Viaduct. so i was moved to a Larger Hospital to have the surgey, The Gull Bladder was so Blocked that they would have to remove It in a Second surgey.. (exhibit M N O )

I was Discharged and taken back to pepin Co Jail..

11. On my appointment 1-11-2013 Defendant Andrews drove me to see my Surgen, I told him about Defendant Balow refuseing to

3 A

CONTINUED..

to arrest Mr. Affolter, Defendant Andrews said he stood by Defendant Balow's decision  ( Exhibit J )

12. On 2-15-2013 I again attempted to talk with Defendant Andrews and he said "i will not discuss this with you and it was dropped.  ( Exhibit K )

13. On 5-30-2013 Mr. Affolter stated in his Affidavit that he & Mrs. Affolter and her father Was in mt home takeing my Property for "safe keeping" and then Mrs. Newman and Defendant Balow pulled into the Driveway, Mrs. Newman aksed for MY T.V. back and Mr. Affolter then went and Returned ONLY the T.V. To MRS. Newman ( Exhibit P & Q )

14. On 6-3-2013 Mr Affolter took the stand to help me withdraw my Plea  ( Exhibit R,S,T,U,V,& W,) Mr. Affolter Stated that he Barley Knew Plaintiff Owens and that he still had my property. On Cross Exanination Defendant Seifert Ask's Mr Affolter " do you know any reason why Plaintiff Owens thinks you stold his Stuff," So Defendant Seifert Now Knows that I wanted to have Charges Pressed on Mr. Affolter and He Did Nothing.

15. On 6-6-2013 Defendant Balow Continually Attempted to Question me about my Case and at one point he acted as if he was going to punch me in the stomac and he Continually Threatened me, In a very degradeing way Very  abusive and Degradeing In a way a bully would Pick on someone .. ( Exhibit X  X1  XX )

16. On 6-26-2015 I filed a Employee Complaint to attempt to Exhaust my Remedies. On 7-10=2015 I Recived a Comformation from the Clerk, ( Exhibit FF )

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
    OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

WHEREFORE Plaintiff Respectfully Prays that this Court Enter Judgement.

17. Granting Plaintiff Owens a Declaration that the Acts and Omissions Described Herein Violate His rights under the Constution and Laws of the United States and the United Nations Treaty's and Declaration of Human Rights Article's 3,5,6,7,&,8

18. A Preliminary & Permanet Injuction Ordeing the Defendants Balow & Seifert to Charge Mr Mcmahon & Mr. Affolter & Mrs. Newman.. Wis Stat §943,20Stealing

19. Granting Plaintiff Owens $500,000.00 against each Defendant Jointly and Severly...

20. Granting Plaintiff Owens $250.000.00 for Punitive Damages Each..

21. Plaintiff also seeks a Trial by Jury; &

22. Plaintiff Owens also seeks Recovery of the cost of this Suit Fileing Fee's and any other Cost"s &

23. Pliantiff Owens Seek's any Additional Relief this Court Deem's Just and Equitable

Allan Dean Owens
603697
Fox Lake Corr Inst
P.O. Box 200
Fox Lake WI 53933

4 A

## EXHAUSTION OF REMEDIES

24. Plaintiff Owens DID use the Grievence Procedure Avaible at Pepin Co Jail to solve these Problems On 7-23-2012 Exhibit F & On 11-20-2012 Exhibit H & on 12-16-2012 Exhibit I & On 6-6-2013 Exhibit X & XX, On 6-15-2013 Exhibit AA On 6-26-1015 A Employee Complaint was filed By Plaintiff Owens For the Last THREE YEARS I have been trying to get the Officers of the Law to do Their Job's And I Have Not Herd Any thing. On 7-10-2015 The Court Clerk Did Confirm that she did recieve my Complaint...

25. My Medical Bills was taken out of My Inmate Account while in Pepin County Appox $752.50 (Exhibit IMA).

## LEGAL THEORY

Violations of the Law and the Constution Both Federal And State

26. Constutional Violations 5,8,14 My Due Process & Equil Protection of the Law & Cruel & Unusal Punishment.

27. Wis Stat §946.12 Misconduct in Public Office.

28. Chapter 13 Civil Rights Stat § 241 & § 242

29. 18 U.S.C.S Criminal Precudure Crimes Chapter 1512 Obstruction of Justice (c) & (d).

30. All Of these Defendants Balow Seifert and Andrews shoul all be Charged With at Least 1512 Obstruction of Justice (c) & (d) and Fired for their jobs.. I Pray this Court will Charge them ...

E.   JURY DEMAND

☒ Jury Demand – I want a jury to hear my case
  OR

☐ Court Trial – I want a judge to hear my case

Dated this __30__ day of __July__ 20_15_.

Respectfully Submitted,

_____
Signature of Plaintiff

__603697__
Plaintiff's Prisoner ID Number

FOX LAKE CORR Inst P.O. Box 200

Fox Lake WI 53933

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.