IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLAN DEAN OWENS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-489-bbc

v.

GREGORY BALOW, JOHN ANDREWS and
JOHN SEIFERT,

    Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff Allan Dean Owens leave to proceed and dismissing his claims against John Andrews and Attorney John Seifert;

(2) granting Gregory Balow's motion for summary judgment and dismissing plaintiff's claim of sleep deprivation in violation of the Eighth and Fourteenth Amendment with prejudice, dismissing plaintiff's claim of retaliatory threats and assaults in violation of the First, Eighth and Fourteenth Amendments without prejudice and dismissing this case.

| /s/ | 3/27/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |